# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: LOBRILLO, JEFFREY M.   § Case No. 08-23388
§
§
Debtor(s)   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $55,750.00 | Assets Exempt: $370,751.00 |
| Total Distribution to Claimants: $18,959.21 | Claims Discharged Without Payment: $460,438.93 |
| Total Expenses of Administration: $6,047.93 | |

3) Total gross receipts of $ 25,007.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,007.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $900,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,047.93 | 6,047.93 | 6,047.93 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 479,398.14 | 479,398.14 | 18,959.21 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,385,446.07 | $485,446.07 | $25,007.14 |

4) This case was originally filed under Chapter 7 on September 04, 2008. . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/14/2009                 By:  /s/JOSEPH R. VOILAND
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| real esate - 750 Chandler Ave., Geneva, IL | 1110-000 | 25,000.00 |
| Interest Income | 1270-000 | 7.14 |
| **TOTAL GROSS RECEIPTS** | | $25,007.14 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMCORE Bank, N.A. | 4110-000 | N/A | 900,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $900,000.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (4/1/2009)**

Case 08-23388   Doc 49   Filed 11/24/09   Entered 11/24/09 14:52:34   Desc Main
Document      Page 4 of 8

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 3,250.39 | 3,250.39 | 3,250.39 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 418.22 | 418.22 | 418.22 |
| Clerk of the U.S. Bankruptcy Court, N.D., IL | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| JOSEPH R. VOILAND | 3110-000 | N/A | 2,124.00 | 2,124.00 | 2,124.00 |
| JOSEPH R. VOILAND | 3120-000 | N/A | 5.32 | 5.32 | 5.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,047.93 | $6,047.93 | $6,047.93 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (4/1/2009)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMCORE Bank, N.A. | 7100-000 | N/A | 478,927.99 | 478,927.99 | 18,940.62 |
| CHASE BANK USA | 7100-000 | N/A | 470.15 | 470.15 | 18.59 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $479,398.14 | $479,398.14 | $18,959.21 |

**UST Form 101-7-TDR (4/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-23388  
**Case Name:** LOBRILLO, JEFFREY M.

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 09/04/08 (f)  
**§341(a) Meeting Date:** 09/29/08

**Period Ending:** 11/14/09  
**Claims Bar Date:** 03/24/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | real esate - 750 Chandler Ave., Geneva, IL | 150,000.00 | 0.00 | | 25,000.00 | FA |
| 2 | cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking acct. - 5th 3rd Bank | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | household goods | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | wearing apparel | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | wedding band | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Golden Tree video game | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | IRA | 52,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 100% ownership Lobrillo & Assoc., Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 33% interest in Distinctive Homes by Lovar | Unknown | Unknown | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 7.14 | Unknown |
| **11** | **Assets Totals** (Excluding unknown values) | **$205,750.00** | **$0.00** | | **$25,007.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee has filed an adversary proceeding against debtor's spouse to avoid the fraudulent transfer of debtor's real estate.  The Trustee has also filed an objection to debtor''s claimed "tenancy by the entirety" exemption in said real estate.

**Initial Projected Date Of Final Report (TFR):**    June 15, 2009        **Current Projected Date Of Final Report (TFR):**    June 15, 2009

Printed: 11/14/2009 08:43 AM    V.11.50

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-23388  
**Case Name:** LOBRILLO, JEFFREY M.  

**Taxpayer ID #:** 54-6814516  
**Period Ending:** 11/14/09

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****42-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/28/09 | {1} | Castle Bank | proceeds from purchase of Trustee's interest in real estate | 1110-000 | 25,000.00 | | 25,000.00 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.85 | | 25,000.85 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 25,001.93 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.02 | | 25,002.95 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.98 | | 25,003.93 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 25,005.01 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 25,006.06 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 25,007.11 |
| 09/02/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 25,007.14 |
| 09/02/09 | | To Account #********4266 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 25,007.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 25,007.14 | 25,007.14 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 25,007.14 | |
| | | | **Subtotal** | | 25,007.14 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,007.14** | **$0.00** | |

{} Asset reference(s)

Printed: 11/14/2009 08:43 AM    V.11.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 08-23388 | | **Trustee:** | JOSEPH R. VOILAND (330380) |
| **Case Name:** | LOBRILLO, JEFFREY M. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****42-66 - Checking Account |
| **Taxpayer ID #:** | 54-6814516 | | **Blanket Bond:** | $50,000,000.00  (per case limit) |
| **Period Ending:** | 11/14/09 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/02/09 | | From Account #********4265 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 25,007.14 | | 25,007.14 |
| 09/02/09 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $418.22, Trustee Expenses;  Reference: | 2200-000 | | 418.22 | 24,588.92 |
| 09/02/09 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $2,124.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,124.00 | 22,464.92 |
| 09/02/09 | 103 | JOSEPH R. VOILAND | Dividend paid 100.00% on $5.32, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 5.32 | 22,459.60 |
| 09/02/09 | 104 | JOSEPH R. VOILAND | Dividend paid 100.00% on $3,250.39, Trustee Compensation;  Reference: | 2100-000 | | 3,250.39 | 19,209.21 |
| 09/02/09 | 105 | Clerk of the U.S. Bankruptcy Court, N.D., IL | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 18,959.21 |
| 09/02/09 | 106 | AMCORE Bank, N.A. | Dividend paid   3.95% on $478,927.99; Claim# 1U; Final distribution | 7100-000 | | 18,940.62 | 18.59 |
| 09/02/09 | 107 | CHASE BANK USA | Dividend paid   3.95% on $470.15; Claim# 2; Final distribution | 7100-000 | | 18.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 25,007.14 | 25,007.14 | $0.00 |
| | | | Less: Bank Transfers | | 25,007.14 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 25,007.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$25,007.14** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****42-65** | 25,007.14 | 0.00 | 0.00 |
| **Checking # ***-*****42-66** | 0.00 | 25,007.14 | 0.00 |
| | $25,007.14 | $25,007.14 | $0.00 |

{} Asset reference(s)

Printed: 11/14/2009 08:43 AM    V.11.50